FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1758

**Short Case Caption:** Ryno v. Army

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Dennis R. Ryno | | |
|---|---|---|
| **Principal Counsel:** Jonathan Sternberg | | Admission Date: 03/06/2014 |
| Firm/Agency/Org.: Jonathan Sternberg, Attorney, P.C. | | |
| Address: 2323 Grand Boulevard, Suite 1100, Kansas City, Missouri 64108 | | |
| Phone: (816) 292-7020 | Email: jonathan@sternberg-law.com | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/1/24

Signature: /s/Jonathan Sternberg

Name: Jonathan Sternberg