

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 1, 2024

2024-1758 - Ryno v. Army

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance, Certificate of Interest) submitted by Dennis R. Ryno is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

<u>Entry of Appearance</u>

- The contact information for Jonathan Sternberg on the form does not match the information associated with the user's account. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the user's account, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

  *Clerk's note: The firm/agency/organization name, address, and phone number for Jonathan Sternberg on the Entry of Appearance form do not appear on the user's account.*

<u>Certificate of Interest</u>

- The form is incomplete. There is no response to the following section: *see Clerk's note*. All items must provide an answer or include "none" or "N/A" where appropriate. Current versions of all forms are available on the court's website at Forms. Fed. Cir. R. 47.4(a) (Form 9).

  *Clerk's note: In section 1 on page 2, please indicate the name of the entity represented by the counsel signing the document.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk